**LODGED**

JUL 1 6 2019

Clerk, U.S. District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA L. SOUZA,<br><br>Defendant. | VIOLATION:<br>6564622<br>Location Code: M13<br><br><br>ORDER |
|---|---|

Based upon the United States motion to dismiss the above violation, and for good cause shown,

IT IS ORDERED that violation 6564622 is dismissed pursuant to Fed. R. Crim. P. 48(a). The initial appearance scheduled for August 8, 2019, is VACATED.

DATED this 18th day of July, 2019.

John T. Johnston
United States Magistrate Judge